UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

JESSICA BUTRYM,

                                        Plaintiff,

     v.                                                    No. 1:20-CV-292

SARSICK, et al.,                                 (DNH/CFH)

                                        Defendants.
_____

**APPEARANCES:**

Jessica Butrym
P.O. Box 55
Burnt Hills, New York 12027
Plaintiff pro se

## REPORT-RECOMMENDATION AND ORDER[1]

      The Clerk of the Court has sent to the undersigned for review a Motion for Leave to Proceed in forma pauperis ("IFP") filed by plaintiff pro se Jessica Butrym ("plaintiff"). See Dkt. No. 2. Based upon the information provided in plaintiff's Motion, the undersigned determines that plaintiff has the ability to pre-pay the entire $400 filing fee required to maintain this action. In particular, plaintiff's Motion reflects that she has over $40,000 "in cash or in a checking or savings account." Id. at 2.

---

[1] "A decision to deny or revoke IFP status . . . is generally regarded as dispositive and thus falls outside [a Magistrate Judge's] purview." Abreu v. Lira, No. 9:12-CV-1385 (NAM/DEP), 2014 WL 4966911, at *2 n.1 (N.D.N.Y. Sept. 30, 2014) (citing Woods v. Dahlberg, 894 F.2d 187, 187 (2d Cir. 1990) (additional citation omitted)).

**WHEREFORE**, for the reasons set forth herein, it is hereby

**RECOMMENDED**, that plaintiff's application to proceed IFP be **DENIED**; and it is further,

**RECOMMENDED**, that plaintiff's Complaint be dismissed if she does not submit the filing fee within thirty (30) days of the filing date of this Report-Recommendation and Order.

**IT IS SO ORDERED**.

Pursuant to 28 U.S.C. § 636(b)(1), plaintiff has **FOURTEEN (14)** days within which to file written objections to the foregoing report. Such objections shall be filed with the Clerk of the Court. **FAILURE TO OBJECT TO THIS REPORT WITHIN FOURTEEN (14) DAYS WILL PRECLUDE APPELLATE REVIEW**. Roldan v. Racette, 984 F.2d 85, 89 (2d Cir. 1993) (citing Small v. Sec'y of Health and Human Servs., 892 F.2d 15 (2d Cir. 1989)); see also 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72 & 6(a).[2]

Date:  September 10, 2020
       Albany, New York

*Christian F. Hummel*
Christian F. Hummel
U.S. Magistrate Judge

---

[2] If you are proceeding pro se and are served with this Report-Recommendation & Order by mail, three (3) additional days will be added to the fourteen (14) day period, meaning that you have seventeen (17) days from the date the Report-Recommendation & Order was mailed to you to serve and file objections. Fed. R. Civ. P. 6(d). If the last day of that prescribed period falls on a Saturday, Sunday, or legal holiday, then the deadline is extended until the end of the next day that is not a Saturday, Sunday, or legal holiday. Id. § 6(a)(1)(c).